**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,　　:　No. 95 MM 2021
:
Respondent　　　　:
:
:
:
v.　　　　　:
:
:
:
JUSTIN C. LLOYD,　　　　:
:
Petitioner　　:

## ORDER

**PER CURIAM**

**AND NOW**, this 8th day of December, 2021, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and the "Request for Counsel" are DENIED.